# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : **CRIMINAL COMPLAINT** |
| v. | : Hon. Cathy L. Waldor |
| OTTAWAN ANDERSON | : Mag. No. 21-9371 |

I, Ronald Pascale, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

**SEE ATTACHMENT B**

_by telephone_
Ronald Pascale, Special Agent
Federal Bureau of Investigation

Special Agent Pascale attested to this Complaint
by telephone pursuant to F.R.C.P. 4.1(b)

August 2, 2021                            at       District of New Jersey
Date                                                      County and State

Honorable Cathy L. Waldor
United States Magistrate Judge              Signature of Judicial Officer

## ATTACHMENT A

### COUNT ONE
(Possession of Ammunition by a Convicted Felon)

On or about October 6, 2020, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**OTTAWAN ANDERSON**,

knowing that he had previously been convicted in a court of at least one crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce at least six (6) rounds of .40 caliber ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 2.

**ATTACHMENT B**

I, Ronald Pascale, am a Special Agent with the Federal Bureau of Investigation. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and photographs of the evidence. Where statements of others are related herein, they are related in substance and part. Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. On or about October 6, 2020, shortly after 9:00 p.m., law enforcement responded to an apartment complex located on Avon Avenue in Newark after receiving reports that shots had been fired.

2. Witness statements indicate that Ottawan Anderson ("ANDERSON") and at least one co-conspirator forced entry into an apartment unit located inside the Avon Avenue apartment complex. ANDERSON fired multiple gunshots while inside the apartment unit.

3. Minutes after the shooting, law enforcement arrived at the shooting scene and recovered approximately six (6) .40 caliber shell casings. The shell casings were manufactured outside of New Jersey, and therefore traveled through interstate commerce prior to October 6, 2020.

4. On or about October 7, 2020, the Essex County Prosecutor's Office filed a Complaint charging ANDERSON with multiple offenses arising from the shooting. On or about October 13, 2020, ANDERSON was arrested on those charges and was subsequently ordered detained by a New Jersey Superior Court Judge.

5. Law enforcement subsequently obtained access to ANDERSON's jail calls. On or about October 28, 2020, ANDERSON called an individual ("Individual-1") from the Essex County Correctional Facility and attempted to devise a scheme that would prevent the shooting victims from testifying against him. Specifically, ANDERSON directed Individual-1 to offer one of the victims monetary compensation in exchange for the victim's assistance in having the charges dropped.

6. Prior to October 6, 2020, ANDERSON had been convicted of a felony offense. In particular, on or about February 2, 2007, ANDERSON was convicted of Robbery, in violation of N.J.S.A. 2C:15-1, for which he was sentenced to a four-year term of imprisonment.

7. Additionally, on or about February 15, 2017, ANDERSON was convicted of possession of a firearm by a convicted felon, in violation of 18 U.S.C.

§ 922(g)(1), for which he was sentenced to a 34-month term of imprisonment and a three-year term of supervised release.